IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DANIEL MACARTHUR WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:20-CV-353-WKW |
| | ) | [WO] |
| JOHN CROW, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge (Doc. # 96) to which Plaintiff has filed no objections. Based upon an independent review of the record, 28 U.S.C. § 636(b), the court finds that the Recommendation should be adopted. Accordingly, it is ORDERED as follows:

(1) The Recommendation (Doc. # 96) is ADOPTED.

(2) The Defendants' motions for summary judgment (Docs. # 31, 36, 42, 48, 57, 58, 67, 73, 77, 79) are GRANTED.

(3) Judgment is GRANTED in favor of the Defendants.

(4) This action is DISMISSED with prejudice.

Final judgment will be entered separately.

DONE this 21st day of August, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE